**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF KANSAS**

```
BERTHA K. COLE,                    )
                                   )
                 Plaintiff,        )      ACTION
                                   )
v.                                 )      No.  06-1199 MLB
                                   )
MICHAEL J. ASTRUE,                 )
COMMISSIONER OF                    )
SOCIAL SECURITY,                   )
                                   )
                 Defendant.        )
                                   )
```

## ORDER

    Ten days having passed, and no written objections being filed to the proposed findings and recommendations filed by the magistrate judge John Thomas Reid, and after a de novo determination upon the record pursuant to Fed.R.Civ.P. Rule 72(b), the court accepts the recommended decision and adopts it as its own.

    IT IS SO ORDERED.

    Dated this 17th day of April, 2007 at Wichita, Kansas.

                                                  s/ Monti Belot

                                                  Monti L. Belot  
                                                  UNITED STATES DISTRICT JUDGE